**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 29, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Velazquez v. Lisa Frank, Inc.,* Case No. 1:22-cv-07164-MKV

Dear Judge Vyskocil:

We represent defendant Lisa Frank, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 29, 2022 to February 13, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:    All counsel of record (by ECF)

> The request to stay this case is DENIED.  The conference that was previously scheduled to take place on January 5, 2023 is ADJOURNED *sine die*.  The parties shall file either a notice of voluntary dismissal, or a joint status letter by February 2, 2023.
>
> Date:  Jan. 3, 2023
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms